# In the
# CIRCUIT COURT
## Of St. Louis County, Missouri
## SMALL CLAIMS COURT
*(Please Print Clearly)*

Philip D Mitchell
Plaintiff(s)

932 Latigos Trail
Address

St Louis, MO 63131
City/State/Zip

(314) 835-3599
Telephone Number

**VS**

Palisades Collection, LLC
Defendant(s)

PO Box 1244
Address

Englewood Cliffs, NJ 07632
City/State/Zip

(866) 230-8094  Serve Gary Stern
Telephone Number

Case Number: 09SL-SC01623

Amount Claimed: 3000.00

Court Date: 12/1/09   Time: 1:30P

Division: 45   Day: Tuesday

**FILED**
OCT 21 2009
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Palisades Collection LLC
Other Information

210 Sylvan Avenue

Englewood Cliffs, NJ 07632

800-991-9367

## PETITION

The Plaintiff(s) states he/she has a claim against the Defendant(s) in the amount of $ 3,000.00 plus court costs.

The claim arose on or about October 7, 200 9 as a result of the following events:

Palisades Collection, LLC, a New Jersey Corporation, is a collection agency attempting to collect an alleged debt that is in dispute.

On December 31, 2007, USPS Certified Mail was delivered to Palisades Collection, LLC communicating the following instructions in writing :

"Please limit your communication with me to writing only. If I receive any telephone calls from your company they will be considered

intentional harassment." On Wednesday October 7, 2009 at 1:48PM CDT and again on Saturday October 10, 2009 at 7:59 PM CDT,

Palisades Collection, LLC called plaintiff's residence and did leave recorded voice mail messages concerning an attempt to collect an alleged

debt. Palisades Collection, LLC is in violation of the Fair Debt Collection Practices Act, under section #805, sub-section (C).

"CEASING COMMUNICATION. If a consumer notifies a debt collector in writing .... that the consumer wishes the debt collector to cease

further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt..."

The Plaintiff(s) states that the allegations in this petition are true and correct to the best of his/her knowledge, that he/she is not an assignee of this claim, and that he/she has not filed more than twelve other claims in Missouri small claims courts during the current calendar year. Plaintiff(s) understands that should he/she be successful in this action and obtain a judgment, and if defendant(s) does not appeal by Trial de Novo and this judgment becomes final, the plaintiff(s) is barred from commencing another action involving the same parties and issues. Plaintiff(s) understands that he/she is hereby waiving his/her right to jury trial on these issues in the Small Claims Court.

Dated 10-21-09

Signature of Plaintiff or Agent

CCAC12   Rev. 10/04   WHITE- File   YELLOW- Defendant   PINK- Defendant

**EXHIBIT A**