IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILIP D. MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PALISADES COLLECTION, INC., )<br>)<br>Defendant. )<br>)<br>) | CAUSE NO. 4:09-CV-1905-CAS |

## MOTION FOR EXTENSION OF TIME

COMES NOW Defendant Palisades Collection, Inc. ("Palisades") by and through its undersigned attorneys, Hinshaw & Culbertson LLP and Ashley L. Narsutis, and for its Request for Extension of Time to File Joint Proposed Scheduling Plan states as follows:

1. On or about October 21, 2009, Plaintiff Philip D. Mitchell, filed a complaint against Palisades in the Circuit Court of St. Louis, Small Claims Division.

2. On or about November 19, 2009, Defendant Palisades, removed the case to the U.S. District Court for the Eastern District of Missouri.

3. On or about December 2, 2009, this Court entered an Order Requiring Joint Proposed Scheduling Plan.

4. The Joint Proposed Scheduling Plan is due today, December 22, 2009.

5. Plaintiff is *pro se*.

6. Defendant needs additional time in which to confer with the *pro se* Plaintiff to finalize a Joint Proposed Scheduling Plan.

7. In light of the upcoming holidays, defendant requests up to and including January 8, 2010, in order to file the Joint Proposed Scheduling Plan.

WHEREFORE, Defendant Palisades Collection, Inc., prays this Court grant its Motion for Extension to file the Joint Proposed Scheduling Plan up to and including January 8, 2010.

**HINSHAW & CULBERTSON LLP**

By:  /s/ Ashley L. Narsutis
ASHLEY L. NARSUTIS  #123368
MO STATE #55255
Gateway One
701 Market Street, Suite 1300
St. Louis, MO 63101-1843
P: 314-241-2600
F: 314-241-7428
anarsutis@hinshawlaw.com
ATTORNEYS FOR DEFENDANT
PALISADES COLLECTION, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed with the clerk of the court and served via the court's CM/ECF system on all parties receiving ECF notices and was placed in a sealed envelope, clearly addressed, with proper postage fully prepaid, and deposited in the United States Mail at St. Louis, Missouri, on this 22nd day of December, 2009, addressed to the following party of record:

Philip D. Mitchell
932 Latigos Trail
St. Louis, MO 63131
PRO SE PLAINTIFF

 /s/ Ashley L. Narsutis