**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PHILIP D. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09-CV-1905 CAS |
| | ) | |
| PALISADES COLLECTION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on defendant's motion for additional time to file the Joint Proposed Scheduling Plan ("JSP"), as required by the Order Requiring Joint Proposed Scheduling Plan of December 2, 2009 (Doc. 5).  Defendant requests an extension of time until January 8, 2010 to file the JSP.  For good cause shown, the motion will be granted.  The Order Requiring Joint Proposed Scheduling Plan otherwise remains in full force and effect.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for additional time to file the Joint Proposed Scheduling Plan is **GRANTED**.  [Doc. 6]

**IT IS FURTHER ORDERED** that the parties' Joint Proposed Scheduling Plan shall be filed by January 8, 2010.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  23rd  day of December, 2009.